```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 02380
   LAURA J WILLIAMS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8193


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/01/2008 and was confirmed 03/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  25.00%.

     The case was dismissed after confirmation 09/15/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED           8927.50         .00           .00
WELLS FARGO BANK           UNSECURED          28385.55         .00           .00
FIRST MIDWEST BANK         UNSECURED           1307.29         .00           .00
SAXON MORTGAGE             CURRENT MORTG          .00          .00           .00
SAXON MORTGAGE             MORTGAGE ARRE          .00          .00           .00
SAXON MORTGAGE SERVICES    MORTGAGE NOTI   NOT FILED          .00           .00
KM CONSULTING              UNSECURED           5300.00         .00           .00
ECAST SETTLEMENT CORP      UNSECURED           2178.02         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           3403.00         .00           .00
ALL FAMILY DENTAL          UNSECURED       NOT FILED          .00           .00
AMERICAN EXPRESS BANK      UNSECURED           2512.96         .00           .00
AMERICAN EXPRESS           NOTICE ONLY     NOT FILED          .00           .00
AMERICAN EXPRESS BANK      UNSECURED           4154.63         .00           .00
AMERICAN EXPRESS BANK      NOTICE ONLY     NOT FILED          .00           .00
AMERICAN EXPRESS OPTIMA    UNSECURED       NOT FILED          .00           .00
AMERICAN EXPRESS           NOTICE ONLY     NOT FILED          .00           .00
BEVERLY SHORES SMILE CEN   UNSECURED       NOT FILED          .00           .00
CAPITAL ONE BANK           NOTICE ONLY     NOT FILED          .00           .00
HSBC CARSON                UNSECURED       NOT FILED          .00           .00
CARSON PIRIE SCOTT         NOTICE ONLY     NOT FILED          .00           .00
CHAPMAN RESIDENTIAL SECU   UNSECURED       NOT FILED          .00           .00
CITI CORP                  NOTICE ONLY     NOT FILED          .00           .00
FIFTH THIRD BANK           UNSECURED          12792.05         .00           .00
FIFTH THIRD BANK           NOTICE ONLY     NOT FILED          .00           .00
KM CONSULTING              UNSECURED       NOT FILED          .00           .00
MONTEREY FINANCIAL SERVI   UNSECURED       NOT FILED          .00           .00
NICOR GAS                  UNSECURED       NOT FILED          .00           .00
NICOR GAS                  NOTICE ONLY     NOT FILED          .00           .00
PRESOLVE LLC               UNSECURED       NOT FILED          .00           .00
SBC BANKRUPTCY DEPT        UNSECURED       NOT FILED          .00           .00
SBC                        NOTICE ONLY     NOT FILED          .00           .00
WELLS FARGO                NOTICE ONLY     NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 02380 LAURA J WILLIAMS
```

```
DAVID WILLIAMS JR         NOTICE ONLY    NOT FILED            .00           .00
DAVINA WILLIAMS           NOTICE ONLY    NOT FILED            .00           .00
NIVEON & LATRICE BLAND    NOTICE ONLY    NOT FILED            .00           .00
LATRICE WILLIAMS          NOTICE ONLY    NOT FILED            .00           .00
FIFTH THIRD BANK          SECURED VEHIC  13539.21          175.74       1459.58
FIFTH THIRD BANK          NOTICE ONLY    NOT FILED            .00           .00
DEUTCSHE BANK NATIONAL T  MORTGAGE NOTI  NOT FILED            .00           .00
FIRST HUDSON LEASING      SECURED         1821.73             .00        121.44
DENNIS G KNIPP            DEBTOR ATTY     2,000.00                      1,325.24
TOM VAUGHN                TRUSTEE                                         268.00
DEBTOR REFUND             REFUND                                             .00
```

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               3,350.00

PRIORITY                                         .00
SECURED                                      1,581.02
    INTEREST                                   175.74
UNSECURED                                        .00
ADMINISTRATIVE                               1,325.24
TRUSTEE COMPENSATION                           268.00
DEBTOR REFUND                                    .00
                    ---------------    ---------------
TOTALS                3,350.00               3,350.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/22/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
       CASE NO. 08 B 02380 LAURA J WILLIAMS